IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00267-EWN-PAC

9 SQUARED, INC., a Colorado Corporation,

    Plaintiff(s),

v.

MOVISO, LLC, a California limited liability company, and
INFOSPACE, INC., a Washington Corporation,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 22, 2005

    IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Stipulated Protective Order, filed July 18, 2005, is granted.  The attached Stipulated Protective Order, with the requirement that the parties follow D.C.Colo. L. Civ.R 7.2.and 7.3 in paragraph (d)(1), is made an order of the court this date.