**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-267-EWN-PAC

9 SQUARED, INC., a Colorado corporation,

    Plaintiff,

v.

MOVISO LLC, a California limited liability company, and
INFOSPACE, INC., a Delaware corporation,

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AND NOTICE OF
WITHDRAWAL OF COUNSEL OF RECORD**

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for and Notice of Withdrawal of Counsel of Record, Doc. # 89, and the Court having reviewed the motion, the file, and otherwise being duly advised, hereby

GRANTS Plaintiff's Motion for Withdrawal of Counsel of Record, Doc. # 89. David S. Prince is hereby permitted to withdraw as counsel of record.

DONE this 6th day of April 2006.

                BY THE COURT:

                        s/Patricia A. Coan
                        Patricia A. Coan
                        United States District Court Magistrate Judge

3538110_1.DOC