IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00267–EWN–PAC

9 SQUARED, INC., a Colorado corporation,

    Plaintiff,

v.

MOVISO, LLC, a California limited liability company, and
INFOSPACE, INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Defendants' Unopposed Motion to File Supplemental Declaration of Shannon Jost, Revised Opposition to Plaintiff's Motion for Summary Judgment, and to Provide Plaintiff Extension of Time to Respond to Opposition and Motion to Strike" (#85, filed March 27, 2006) is GRANTED in part and DENIED in part. The motion is GRANTED as to everything but Plaintiff's extension of time.  The motion is DENIED as moot as to the motion to extend Plaintiff's time.

"Plaintiffs' Unopposed Revision to Pending Unopposed Motion to File Supplement and Provide Extension of Time" (#86, filed March 30, 2006) is GRANTED.

Dated: April 7, 2006