**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00267-EWN-PAC

9 SQUARED, INC.,

Plaintiff,

v.

MOVISO, LLC, and
INFOSPACE, INC.,

Defendants.

---

MOVISO, LLC, and
INFOSPACE, INC.,

Counterclaimants,

v.

9 SQUARED, INC.,

Counterclaim Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon the Stipulation of plaintiff and counterclaim defendant 9 Squared, Inc. and defendants and counterclaim plaintiffs Moviso LLC and InfoSpace, Inc., it his hereby ORDERED that the above-captioned lawsuit and the claims and counterclaims asserted therein are hereby DISMISSED WITH PREJUDICE. Each party shall bear its or her own costs and attorney's fees.

2

Entered this 3rd day of January, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      Edward W. Nottingham
                                      United States District Judge